AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Thomas Lee Pelzer<br>*Plaintiff*<br>v.<br>Leroy Cartledge; Linda Freeman; Dr. Allen; T. Holiday; Iris McBridge; and Jon Ozmint,<br>*Defendant* | Civil Action No.  2:10-cv-1104-RMG-RSC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Robert S. Carr are adopted and incorporated. This case is dismissed for failure to prosecute. The plaintiff shall take nothing on his complaint filed pursuant to Title U.S.C. § 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard Mark Gergel, United States District Judge.

Date:  Febary 25, 2011                    *CLERK OF COURT*  Larry W. Propes

                                          S/H. Hillman
                                          *Signature of Clerk or Deputy Clerk*